**RETURN DATE: October 23rd 2012**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = = = = = = X

In re:                                    CASE NO# 12:46080-ESS
       DERRICK M. JOHNSON,          Chapter 13

                Debtor,

= = = = = = = = = = = = = = = = = = = = = X

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE**, that upon the annexed application of

Derrick M. Johnson, appearig pro-se herein, the debtor, a hearing

will be held before Hon. Elizabeith S.Stong, U.S. Bankruptcy Judge

to consider the Debtor's motion for a[n] order granting relief as

follows [i] extension of time to submit and file schedules, [ii]

maintain the automatic stay pending the submisstion of documents

and [iii] time to consult with pro-se attorney, and [iv] extension of

time for additional thirty days and for such other and further relief

this court may deem just and proper.

Page ii

Date: October 2nd 2012

**Date and time of hearing**: October 23rd 2012
                                    10:00 A.M. EST
**Location**: U.S. Bankruptcy Court
                 271 Cadman Plaza East, Suite 1595
                 Brooklyn, New York 11201-1800
                 Courtroom #3585

By /s/ _Derrick M. Joh_____

Derrick M. Johnson, Debtor
160-06 119th Road,
Jamaica, New York 11434
Tele: 347-258-1598

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = = = =  = = =X

In re:                                              CASE NO# 12:46080-ESS

      DERRICK M. JOHNSON,            Chapter 13

              Debtor,

= = = = = = = = = = = = = = = = = = = = = X


## APPLICATION IN SUPPORT OF MOTION


**To the Hon. Judge Elizabeth S. Stong, U.S Bankruptcy Judge;**


      I, Derrick M. Johnson appearing pro-se herein, being duly sworn, depose as debtor herein, make this application in support of my motion for the following relief:


    i-      That I be granted an extension of time to prepare to file

             and submit my schedules and other documentations;


    ii-     That I be granted an additional thirty days in order to

             properly prepare with the pro-se attorney for assistance;

iii-   That the automatic stay remain in place pending the
       submission of these documents and schedules.


In support of this motion, I hereby alledge as follows that I has

made a due diligent effort to file my schedules and prepare

them on my own. However, after consulting with the pro-se

attorney at the clerk's office she advised that I ask for more

time to properly prepare and submit correct information.

I was never aware of the complicity of these documents and

the fact that I had to provide current information about all of

my assets.

**Wherefore,** debtor prays for an Order granting relief
requested.


**Date: October 2nd 2012**

                                    **By /s/** _____
                                          **Derrick M. Johnson**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
= = = = = = = = = = = = = = = = = = = = = =X

In re:                                        CASE NO# 12:46080-ESS
                                              Chapter 13
          DERRICK M. JOHNSON,

                    Debtor,

= = = = = = = = = = = = = = = = = = = = = =X


### CERTIFICATE OF SERVICE


The undersigned certifies that on October 2nd 2012, a true copy of
the annexed papers, namely a Notice of Motion and Application in
Support was served by depositing same, enclsoed in a properly
addressed postage paid envelope, in an official depository under the
exclusive care and custody of the U.S. Postal Service within the
State of New York upon the U.S. Trustee;


                    **Marianne Derosa**
                    **Chapter 13 Trustee**
                    **115 Elleen Way**
                    **Suite 105,**
                    **Syosset, N.Y. 11791**

Date: _Oct 2nd 2012_            By /s/ _Derrick M. Jo_
                                    **Derrick M. Johnson**